IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL WAYNE GEORGE, #213605, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:14cv1137-MHT (WO) |
| HEADLEY, WARDEN, et al., | ) ) | |
| Defendants. | ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 4), to which no objection has been filed, is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 19th day of February, 2015.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE